**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA      )
                              )        CRIMINAL ACTION NO.
    v.                        )           2:07cr222-MHT
                              )                (WO)
ANTONIO D. MCDADE             )
```

**ORDER**

Upon consideration of defendant Antonio D. McDade's motion to reduce his sentence (doc. no. 232), it is ORDERED that the motion is denied. This court lacks the authority to reduce defendant McDade's sentence.

DONE, this the 5th day of January, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**