IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:07cr222-MHT** |
| | ) | **(WO)** |
| **ANTONIO D. McDADE** | ) | |

**ORDER**

In the final judgment imposed on defendant Antonio D. McDade on March 3, 2010, the court included as special conditions of supervised release that McDade should be placed in a structured group-living environment, with a curfew if possible, and that he shall participate in basic adult skills education and vocational training.  *See* Judgment (Doc. 215) at 4. Based on representations made on the record at an in-person meeting held on April 19, 2023, the evidence reflected that McDade no longer needs these conditions.

Accordingly, it is ORDERED that the conditions of supervised release for defendant Antonio D. McDade are modified to reflect that he is no longer required to be

placed in a structured group-living environment, with a curfew (Special Condition 3); and that he is no longer required to participate in basic adult skills education and vocational training (Special Condition 4).  All other standard and special conditions of supervision, as outlined in the final judgment (Doc. 215), remain in place.

It is further ORDERED that a telephone status conference is set for October 13, 2023, at 8:30 a.m., to discuss how defendant McDade is progressing under supervision and whether a hearing on his progress should be set.

Finally, it is also ORDERED that, at least three days before the conference, the supervising probation officer and defense counsel shall file a joint status report regarding defendant McDade's progress under supervision.

DONE, this the 20th day of April, 2023.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE